FILED
JUN 0 4 2008
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Juan Bernardo ENRIQUES-Meza,<br><br>Defendant. | Mag. Case No. '08 MJ 8503<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found In the<br>United States |

The undersigned complainant being duly sworn states:

On or about June 2, 2008, within the Southern District of California, defendant Juan Bernardo ENRIQUES-Meza, an alien, who previously had been excluded, deported or removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4th DAY OF JUNE 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA
            v.
Juan Bernardo ENRIQUES-Meza

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the investigative reports of Border Patrol Agent E. De Vries that the Defendant, Juan Bernardo ENRIQUES-Meza, was found and arrested on June 2, 2008, east of Calexico, California.

On June 2, 2008, at approximately 2:14 P.M., Agent J. Benavides encountered several individuals, one later identified as Juan Bernardo ENRIQUES-Meza, west of the Calexico West Port of Entry and north of the International Boundary with Mexico. As Agent Benavides approached ENRIQUES, he identified himself and questioned ENRIQUES. It was determined ENRIQUES is a citizen of Mexico illegally in the United States. ENRIQUES was placed under arrest.

A record check of ENRIQUES revealed he has been previously removed from the United States on May 5, 2008. Further record checks of ENRIQUES revealed he has a serious criminal history.

Agent De Vries read ENRIQUES his rights per Miranda. ENRIQUES stated he understood his rights and was willing to speak with agents without an attorney present. ENRIQUES stated he does not have any documents to be in the United States legally. ENRIQUES stated he made arrangements with a smuggler in Mexico to pay $2,500.00 to be smuggled into the United States.

There is no evidence ENRIQUES has requested or applied for permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.