FILED

JUL  X 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

1

2

3

4

5

6

7                  UNITED STATES DISTRICT COURT

8                SOUTHERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,        )  Criminal Case No. _O8CR 2189 - L_
                                     )
10                    Plaintiff,     )  I N F O R M A T I O N
                                     )
11        v.                         )  Title 8, U.S.C., Sec. 1325 -
                                     )  Illegal Entry (Misdemeanor);
12  JUAN BERNARDO ENRIQUES-MEZA,     )  Title 8, U.S.C., Sec. 1325 -
                                     )  Illegal Entry (Felony)
13                    Defendant.     )
    _____)

14

15        The United States Attorney charges:

16                           Count 1

17        On or about ____6-1-08____, within the Southern

18  District of California, defendant JUAN BERNARDO ENRIQUES-MEZA, being

19  an alien, unlawfully entered or attempted to enter the United States

20  at a time and place other than as designated by immigration officers,

21  and eluded examination and inspection by immigration officers, and

22  attempted to enter or obtained entry to the United States by a

23  willfully  false  or  misleading  representation  or  the  willful

24  concealment of a material fact; in violation of Title 8, United States

25  Code, Section 1325, a misdemeanor.

26  //

27  //

28  //

CJB:kmm:San Diego:7/1/08

<u>Count 2</u>

On or about June 2, 2008, within the Southern District of California, defendant JUAN BERNARDO ENRIQUES-MEZA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: _July 3, 2008_.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney